UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STEPHEN M. KESSLER**, | Civil Case No. 3:12-CV-02110-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **STATE OF OREGON, MULTNOMAH COUNTY CIRCUIT COURT, JUDGE CHRISTOPHER MARSHAL, ET AL.**, | |
| Defendants. | |

Stephen M. Kessler
#2059426
2605 State Street
Salem, Oregon 97310

    *Pro se* Plaintiff

Ellen F. Rosenblum
Attorney General
Heather J. Van Meter
Senior Assistant Attorney General

Page 1 - JUDGMENT

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

Attorneys for Defendants

KING, Judge:

Based on the record, this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 15th day of February, 2013.

 /s/ Garr M. King
Garr M. King
United States District Judge

Page 2 - JUDGMENT